

**NUMBER 13-11-00104-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROBERT SCOTT HOWELL,                                                                 Appellant,

v.

SANDRA LILIANA HOWELL,                                                                 Appellee.

**On appeal from the 444th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

This case is before the Court on appellee's motion to dismiss for failure to prosecute. The appellant's brief in the above cause was originally due on July 22, 2011. Appellant has previously requested and received two prior extensions of time to file the brief. On November 9, 2011, this Court ordered the appellate brief to be filed on or before November 14, 2011. The order notified counsel that further extensions would not

be favorably entertained.   On December 7, 2011, the Clerk of the Court notified appellant that the brief had not been filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief.   Accordingly, appellee's motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* Tex. R. App. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
16th day of February, 2012.

2